# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV19-01437-RGK (AS) | Date | September 6, 2019 |
|---|---|---|---|
| Title | Everett J. Benavidez v. Andrew M. Saul, Commissioner of Social Security | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**     **(IN CHAMBERS)** ORDER TO SHOW CAUSE

    On August 2, 2019, Plaintiff Everett J. Benavidez, filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) (Docket Entry No. 1). On August 2, 2019, the Court issued an Order Re: Procedures in Social Security Appeal ("CMO") (Docket Entry No. 9) and ordered that plaintiff file an appropriate Proof of Service within 30 days from the date of the Order. As of today, however, Plaintiff has failed to file his proof of service or a request for an extension of time in which to do so.

    The Court ORDERS Plaintiff to promptly serve the Summons and Complaint on the government in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. Plaintiff will file an appropriate Proof of Service within seven (7) days of the date of this Order. All other deadlines of the CMO remain in effect.

|  | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | AF |