NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
 Social Security Administration
 160 Spear Street, Suite 800
 San Francisco, CA 94105
 Telephone: (415) 977-8825
 Facsimile: (415) 744-0134
 Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| EVERETT J. BENAVIDEZ, | ) | Case No. 5:19-cv-01437-AS |
|   Plaintiff, | ) | |
| | ) | **[PROPOSED] JUDGMENT** |
|    v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
|   Defendant. | ) | |

-1-

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: _January 21, 2020_      _____/ s /_____

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE